■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUVIGES HERNANDEZ, Appellant. [811 NYS2d 565]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered February 26, 2004, convicting defendant, after a jury trial, of three counts of criminal mischief in the third degree, and sentencing him to an aggregate term of 90 days concurrent with five years' probation, unanimously affirmed. The matter is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5).

The various evidentiary rulings at issue on appeal were proper exercises of the court's discretion. The court properly excluded irrelevant, collateral and duplicative evidence, and its rulings had no adverse effect on defendant's right to present a defense and confront witnesses (*see Crane v Kentucky*, 476 US 683, 689-690 [1986]; *Delaware v Van Arsdall*, 475 US 673, 678-679 [1986]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Friedman, Nardelli, Sweeny and Malone, JJ.

■ MID VALLEY ASSOCIATES, LLC, Appellant, v FOOT LOCKER SPECIALTY, INC., Formerly Known as F.W. WOOLWORTH Co., Respondent. [812 NYS2d 511]—

Order, Supreme Court, New York County (Joan A. Madden, J.), entered April 21, 2005, which, to the extent appealed from, granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

In this action against a tenant for unpaid rent, the motion court properly found that plaintiff had recognized defendant's assignee as the new tenant under the lease by accepting rent from it directly and granting it an additional renewal not included in the lease, thus releasing the original tenant, by operation of law, from its obligation to pay rent (*cf. 185 Madison Assoc. v Ryan*, 174 AD2d 461 [1991]).

We have considered plaintiff's other contentions and find them unavailing. Concur—Buckley, P.J., Friedman, Nardelli, Sweeny and Malone, JJ.